MEMORANDUM OPINION

No. 04-06-00513-CV

Wade RINER,

Appellant

v.

HYPERION HOLDINGS, LLC,

Appellee

From the 73rd Judicial District Court, Bexar County, Texas

Trial Court No. 2006-CI-08537

Honorable Janet P. Littlejohn, Judge Presiding




PER CURIAM



Sitting: Sarah B. Duncan , Justice

 Karen Angelini , Justice

 Sandee Bryan Marion , Justice



Delivered and Filed: October 4, 2006



MOTION TO DISMISS GRANTED ; DISMISSED 

 Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal.See Tex. R. App. P. 42.1(a)(1).
We order all costs assessed against appellant. See Tex. R. App. P. 42.1(d)(absent agreement of the parties, costs are taxed
against appellant).



 PER CURIAM